GLOBE INDEMNITY COMPANY v. SAGGESE-STRUNSKY, INC., and Others.— Motion granted in so far as to permit reargument of the appeal, and such reargument having been had, order appealed from modified by reducing fine to the sum of two hundred and fifty dollars and ten dollars costs of motion against all defendants jointly and severally, and as so modified affirmed, without costs of this appeal. Order entered November 4, 1932, vacated. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.   [See 236 App. Div. 828, 841.]

## SECOND DEPARTMENT, DECEMBER, 1932.

ANNA M. BIRCH-FIELD and WILLIAM L. BIRCH-FIELD, Respondents, v. DAVENPORT SHORE CLUB, INC., Appellant; WILLIAM WEISS, Individually and as Receiver in Bankruptcy of PAIN'S FIREWORKS, INC., Defendant.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

BELVA B. BARRIE, Respondent, v. RICHARD BARRIE, Appellant.* — Order granting alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements.   No opinion.   Young, Kapper and Scudder, JJ., concur; Lazansky, P. J., concurs as to the alimony but dissents as to the counsel fee; Tompkins, J., dissents and votes for reversal.

LOUISE K. BASSETT, Appellant, v. FREDERICK WILLIAM BASSETT, Respondent. — Order modified so as to provide that the alimony be fixed at sixteen dollars a week, and as so modified affirmed, without costs.   No opinion.   Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MARIE R. BAUNSKY, Respondent, v. CHARLES G. BAUNSKY, Appellant.— Order granting plaintiff's motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements.   No opinion.   Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

THE BAY PARKWAY NATIONAL BANK OF BROOKLYN IN NEW YORK, Respondent, v. ISHAIA SHALOM, Appellant.— Order, and order as resettled, granting motion for the issuance of a commission, in so far as it imposes conditions, affirmed, with fifty dollars costs and disbursements.   No opinion.   Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ROBERT M. COKINDA, SR., Respondent, v. MARIE COKINDA, Appellant.— Order granting plaintiff's motion to reduce temporary alimony reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs, because of plaintiff's laches in bringing the case to trial.   Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.